# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEIRDRE L. CLARK,<br><br>                    Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant | Case No.: 3:09-cv-05342-FDB-JRC<br><br>ORDER FOR REVISION OF BRIEFING SCHEDULE |

Based upon plaintiff's counsel's declaration and the stipulation of the parties, it is hereby ORDERED that the briefing schedule is amended as follows:

Plaintiff's Opening Brief shall be due on or before 10/22/2009;

Defendant's Responsive Brief shall be due on or before 11/19/2009;

Plaintiff's optional Reply Brief shall be due on or before 12/3/2009; and oral argument shall be requested by 12/10/2009.

Dated this 28th day of September, 2009.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER re: Briefing Schedule Revision-page 1