# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEIRDRE L. CLARK,<br><br>                      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>                      Defendant | Case No.: 3:09-cv-05342-FDB-JRC<br><br>ORDER FOR REVISION OF BRIEFING SCHEDULE |

Based upon plaintiff's counsel's declaration and the stipulation of the parties, it is hereby

ORDERED that the briefing schedule is amended to the dates set forth below:

Plaintiff's Opening Brief shall be due on or before 10/29/2009; Defendant's Responsive Brief shall be due on or before 11/27/2009, Plaintiff's Reply Brief shall be due on or before 12/11/2009, and oral argument shall be requested by 12/18/2009.

Dated this 23rd day of October, 2009.

*/s/ J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

ORDER re: Briefing Schedule Revision-page 1